ERIC GRANT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MILTON JOHN SELIS TINOCO,

                    Petitioner,

          v.

CHRISTOPHER CHESTNUT, ET. AL.,

                    Respondents.

CASE NO.  1:25-CV-01762 JDP

STIPULATION REGARDING BRIEING SCHEDULE; [PROPOSED] ORDER

**STIPULATION**

Petitioner Milton John Selis Tinoco, by through his counsel of record, and respondents, by and through their counsel of record, hereby stipulate as follows.

1.      Per the Court's February 3, 2026 order (ECF 23), the parties have met and conferred regarding a briefing scheduling regarding issuance of a permanent injunction.

[remainder of page intentionally blank]

STIPULATION REGARDING BRIEFING SCHEDULE                    1

2.      The parties propose that respondents' opposition to a permanent injunction is due on May 1, 2026.  Petitioner's reply to the opposition is due 30 days after the filing of the of the opposition.

IT IS SO STIPULATED AND REQUESTED.

Dated:  April 3, 2026                                        ERIC GRANT
                                                            United States Attorney


                                                            /s/ NICHOLAS M. FOGG
                                                            NICHOLAS M. FOGG
                                                            Assistant United States Attorney


Dated:  April 3, 2026                                        /s/ PATIENCE MILROD
                                                            PATIENCE MILROD
                                                            Counsel for Petitioner
                                                            MILTON JOHN SELIS
                                                            TINOCO

## [PROPOSED] ORDER

IT IS SO FOUND AND ORDERED April 9, 2026.

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE